# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: ZAHN, MARK ROBERT | § Case No. 13-81981 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 01/08/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                          By:    /s/ STEPHEN G. BALSLEY
                                                            Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ZAHN, MARK ROBERT § Case No. 13-81981
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,995.00 |
| *and approved disbursements of* | $ 1,103.45 |
| *leaving a balance on hand of* [1] | $ 7,891.55 |
| **Balance on hand:** | $ 7,891.55 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,891.55 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,649.50 | 0.00 | 1,649.50 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,124.00 | 0.00 | 2,124.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,773.50 |
| Remaining balance: | $ 4,118.05 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,118.05 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 4,118.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,468.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | eCAST Settlement Corporation, assignee | 4,998.84 | 0.00 | 1,330.84 |
| 2 | Capital One Bank (USA), N.A. | 6,500.21 | 0.00 | 1,730.55 |
| 3 | Dell Financial Services, LLC | 1,141.54 | 0.00 | 303.91 |
| 4 | Portfolio Recovery Associates, LLC | 1,136.95 | 0.00 | 302.69 |
| 5 | Portfolio Recovery Associates, LLC | 518.86 | 0.00 | 138.14 |
| 6 | Portfolio Recovery Associates, LLC | 1,171.60 | 0.00 | 311.92 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,118.05 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00
Remaining balance:    $    0.00

Prepared By:  /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-81981-TML
Mark Robert Zahn                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith              Page 1 of 2              Date Rcvd: Dec 09, 2013
                              Form ID: pdf006             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2013.
```
db         +Mark Robert Zahn,    1302 Cary Road,    Algonquin, IL 60102-3409
20544479    Accounts Receivable Mg,    155 Mid Atlantic Parkway,    Thorofare, NJ 08086
20544481   +Ameristar Financial Co,    1425 Tri State Par,    Gurnee, IL 60031-9120
20544482  ++BANK OF AMERICA,    PO BOX 982234,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America, N.a.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
20544483   +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
20544493  ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Exxmblciti,     Attn.: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195)
20879943    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20544484   +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
20544485   +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
20544486   +Chase/cc,    Po Box 15298,    Wilmington, DE 19850-5298
20544488   +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,    1661 Worthington Rd. Suite 100,
             West Palm Beach, FL 33409-6493
21086299  ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
             PO Box 10390,    Greenville, SC 29603-0390)
20544494   +First American Bank,    700 Busse Highway,    Elk Grove Village, IL 60007-2133
20544495   +Ford Cred,    Ford Credit,    Po Box 6275,    Deerborn, MI 48121-6275
20544503    GMAC Mortgage,    3451 Hammond Ave,    POBox 780,    Waterloo, IA 50704-0780
20544499   +Geraci Law LLC,    55 E. Monroe Street, Suite 3400,    Chicago, IL 60603-5920
20544502   +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
20544504   +Harley Davidson Financial,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
20544505   +Harris & Harris Ltd,    222 Merchandise Mart Plz,    Chicago, IL 60654-1474
20544507   +Home Comings Financial / GMAC Mortgage,     Attention: Bankruptcy Dept,    1100 Virginia Drive,
             Fort Washington, PA 19034-3204
20544510   +Hsbc/Menards,    Attn: Bankruptcy Dept,    Po Box 5263,    Carol Stream, IL 60197-5263
20544509   +Hsbc/bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
20544511   +Lake County Treasurer's Office,    18 N. County St,    Suite 102,    Waukegan, IL 60085-4361
20544512   +Lisa Briscolino,    1302 cary rd,    Algonquin, IL 60102-3409
20544513    Ocwen loan Servicing LLC,    3451 Hammond Ave,    POBox 780,    Waterloo, IA 50704-0780
20544516   +PNC,    Attention: Bankruptcy,    6750 Miller Rd.,    Brecksville, OH 44141-3262
21133191  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
             successor to CITIBANK (SOUTH DAKOTA), N.,     POB 41067,    Norfolk, VA 23541)
20544515   +Peter Francis Geraci,    55 E. Monroe Ste #3400,    Chicago, IL 60603-5920
20544518   +Silverleaf Resorts Inc,    Bankruptcy Dept,    7751 Black Lake Rd,    Kissimmee, FL 34747-1760
20544519   +Torres Crdit,    Tcs Inc.,    Po Box 189,    Carlisle, PA 17013-0189
20544520   +Verizon,    Verizon Wireless Department/Attn: Bankru,     Po Box 3397,    Bloomington, IL 61702-3397
20544522   +Village of Round Lake,    1937 N Municipal,    round lake beach, IL 60073-4915
20544508  ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
             (address filed with court: Homeq Servicing,     Po Box 13716,    Sacramento, CA 95853)
20544489    comed,    1212,    glen ellen, IL 60640
20544490    conie carey,    judge st.,    bensenville, IL 60640
20544492    dept of veterans affairs,    po box 530269,    atlanta, GA 30353-0269
20561874    eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
20852689    eCAST Settlement Corporation, assignee,    of Chase Bank USA, NA successor by,
             merger to Washington Mutual,    POB 29262,    New York, NY 10087-9262
20544514    personel party conie carey,    justice,    bensenville, IL 60640
20544521    vet bill,    rt 134,    round lake, IL 60073

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20544480   +E-mail/Text: ally@ebn.phinsolutions.com Dec 10 2013 01:11:34     Ally Financial,
             200 Renaissance Ctr,    Detroit, MI 48243-1300
20544501   +E-mail/Text: ally@ebn.phinsolutions.com Dec 10 2013 01:11:34     GMAC,    POBox 380902,
             Minneapolis, MN 55438-0902
20544496   +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2013 01:22:13      Gecrb/care Credit,
             C/o P.o. Box 965036,    Orlando, FL 32896-0001
20544497   +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2013 01:24:27      Gecrb/home Design-hi-p,
             C/o P.o. Box 965036,    Orlando, FL 32896-0001
20544498   +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2013 01:24:27      Gemb/bargin Outlet,
             Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
20544517   +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2013 01:24:27      Sams Club / GEMB,
             Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20544487     Citifinancial Mortgage
20544506     Home Choice
20544500     gmac,    in the chapter 13,    ben stearns, IL
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Dec 09, 2013
                              Form ID: pdf006             Total Noticed: 46

21133200*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    successor to GE MONEY BANK,
                 POB 41067,    Norfolk, VA 23541)
20544491*      conie carey,    judge st,    bensenville, IL 60640
                                                                                              TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2013                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2013 at the address(es) listed below:
              Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
              Jill A Luetkenhaus    on behalf of Creditor   Ocwen Loan Servicing, LLC
               jluetkenhaus@fisherandshapirolaw.com, bk_il_notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              S. M. de Rath    on behalf of Debtor Mark Robert Zahn ALSlaw1@gmail.com
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
                                                                                              TOTAL: 6