**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ZAHN, MARK ROBERT                          § Case No. 13-81981
                                                  §
                                                  §
Debtor(s)                                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $173,375.00            Assets Exempt: $45,825.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,118.05    Claims Discharged
                                              Without Payment: $150,964.61

Total Expenses of Administration: $4,876.95

---

   3) Total gross receipts of $ 8,995.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,995.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $165,561.01 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,876.95 | 4,876.95 | 4,876.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 139,614.66 | 15,468.00 | 15,468.00 | 4,118.05 |
| **TOTAL DISBURSEMENTS** | $305,175.67 | $20,344.95 | $20,344.95 | $8,995.00 |

    4) This case was originally filed under Chapter 7 on May 30, 2013. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/25/2014          By: /s/STEPHEN G. BALSLEY
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Motorcycle: 2000 harley flhtc - owe more than FM | 1129-000 | 8,995.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,995.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | gmac | 4110-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | personel party conie carey justice | 4110-000 | 5,800.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage | 4110-000 | 135,961.01 | N/A | N/A | 0.00 |
| NOTFILED | Silverleaf Resorts Inc Bankruptcy Dept | 4110-000 | 13,000.00 | N/A | N/A | 0.00 |
| NOTFILED | conie carey judge st. | 4110-000 | 5,800.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$165,561.01** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,649.50 | 1,649.50 | 1,649.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,124.00 | 2,124.00 | 2,124.00 |
| Kegel Motorcycle Company, Inc. | 3610-000 | N/A | 899.50 | 899.50 | 899.50 |
| Kegel Motorcycle Company, Inc. | 3620-000 | N/A | 170.83 | 170.83 | 170.83 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.52 | 12.52 | 12.52 |
| Rabobank, N.A. | 2600-000 | N/A | 10.60 | 10.60 | 10.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,876.95 | $4,876.95 | $4,876.95 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | eCAST Settlement Corporation, assignee | 7100-000 | 0.00 | 4,998.84 | 4,998.84 | 1,330.84 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 0.00 | 6,500.21 | 6,500.21 | 1,730.55 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Dell Financial Services, LLC | 7100-000 | N/A | 1,141.54 | 1,141.54 | 303.91 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,136.95 | 1,136.95 | 302.69 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 518.86 | 518.86 | 138.14 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 0.00 | 1,171.60 | 1,171.60 | 311.92 |
| NOTFILED | Homeq Servicing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Menards | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/bstby | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Comings Financial / GMAC Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harley Davidson Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gmac Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake County Treasurer's Office | 7100-000 | 3,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Harley Davidson Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris Ltd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Choice | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club / GEMB | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Verizon Wireless Department/Attn: | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Round Lake | 7100-000 | 474.61 | N/A | N/A | 0.00 |
| NOTFILED | vet bill | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Torres Crdit Tcs Inc. | 7100-000 | 67.00 | N/A | N/A | 0.00 |
| NOTFILED | Gmac Mortgage | 7100-000 | 121,591.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club / GEMB | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club / GEMB | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club / GEMB | 7100-000 | 518.00 | N/A | N/A | 0.00 |
| NOTFILED | Peter Francis Geraci | 7100-000 | 10,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/care Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Geraci Law LLC | 7100-000 | 1,266.64 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.a. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ameristar Financial Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Accounts Receivable Mg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.a. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase/cc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/bargin Outlet | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Gecrb/home Design-hi-p | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ford Cred Ford Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | dept of veterans affairs | 7100-000 | 1,347.41 | N/A | N/A | 0.00 |
| NOTFILED | First American Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | comed | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | City Ntl Bk/Ocwen Loan Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gemb/bargin Outlet | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $139,614.66 | $15,468.00 | $15,468.00 | $4,118.05 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-81981
**Case Name:** ZAHN, MARK ROBERT

**Period Ending:** 04/25/14

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 05/30/13 (f)
**§341(a) Meeting Date:** 07/01/13
**Claims Bar Date:** 10/22/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residence Addl: Time Share - gave back 9/11 -, O | 43,000.00 | 0.00 | | 0.00 | FA |
| 2  1107 North Oak Terrace, Round Lake IL 60073, sur | 75,000.00 | 0.00 | | 0.00 | FA |
| 3  Debtor's cash on hand for emergencies, current m | 100.00 | 0.00 | | 0.00 | FA |
| 4  Debtor's checking account: current estimated ave | 250.00 | 0.00 | | 0.00 | FA |
| 5  Checking Account: PERSONEL | 800.00 | 0.00 | | 0.00 | FA |
| 6  Furniture: 1 chair,1 queen size bed misg shelfs | 1,000.00 | 0.00 | | 0.00 | FA |
| 7  Appliances: 26tv,blue ray player,laptop, | 1,000.00 | 0.00 | | 0.00 | FA |
| 8  Debtor's knicknacks, odds and ends, pictures, bo | 500.00 | 0.00 | | 0.00 | FA |
| 9  Collectibles: 1 set of coins first silver to ame | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 Debtor's used clothing, shoes, etc total estimat | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 Debtor's costume jewery, including but not limit | 200.00 | 0.00 | | 0.00 | FA |
| 12 Sports-Hobby: ball glove,abe slide. | 225.00 | 0.00 | | 0.00 | FA |
| 13 Firearms: tauris pt100 pisyol,wwII VINTAGE MAUSE | 1,200.00 | 0.00 | | 0.00 | FA |
| 14 Trade Tools: MISC TOOLS FOR HVAC WORK | 2,000.00 | 0.00 | | 0.00 | FA |
| 15 Insurance: with excelsior and with the chesapeak | 35,000.00 | 0.00 | | 0.00 | FA |
| 16 Retirement: THROUGH NATIONAL EXCELSIOR COMPANY W | 3,200.00 | 0.00 | | 0.00 | FA |
| 17 Auto: 2006 chevy malibu 4 dr ls model - owe more | 5,400.00 | 0.00 | | 0.00 | FA |
| 18 Motorcycle: 2000 harley flhtc - owe more than FM  See Order to Employ and Sell entered September 23, 2013. | 10,000.00 | 8,995.00 | | 8,995.00 | FA |
| 19 Animals: 3 BICHONS DOGS - priceless | 2,000.00 | 0.00 | | 0.00 | FA |
| 19  Assets   Totals (Excluding unknown values) | **$183,375.00** | **$8,995.00** | | **$8,995.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81981
**Case Name:** ZAHN, MARK ROBERT

**Period Ending:** 04/25/14

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 05/30/13 (f)
**§341(a) Meeting Date:** 07/01/13
**Claims Bar Date:** 10/22/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** November 26, 2013       **Current Projected Date Of Final Report (TFR):** November 27, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 13-81981 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ZAHN, MARK ROBERT | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4666 - Checking Account |
| **Taxpayer ID #:** | **-***1109 | | **Blanket Bond:** | $736,000.00 (per case limit) |
| **Period Ending:** | 04/25/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/24/13 | | Kegel Motorcycle Company, Inc. | Net proceeds from sale of 2000 Harley Davison motorcycle | | 7,924.67 | | 7,924.67 |
| | {18} | | Sale of motorcycle   8,995.00 | 1129-000 | | | 7,924.67 |
| | | | 10% commission to   -899.50 Kegel Harley Davidson | 3610-000 | | | 7,924.67 |
| | | | Repair bill (inspection   -170.83 and cleaning) | 3620-000 | | | 7,924.67 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,914.67 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.52 | 7,902.15 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.60 | 7,891.55 |
| 01/08/14 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,124.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,124.00 | 5,767.55 |
| 01/08/14 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,649.50, Trustee Compensation; Reference: | 2100-000 | | 1,649.50 | 4,118.05 |
| 01/08/14 | 103 | eCAST Settlement Corporation, assignee | Dividend paid 26.62% on $4,998.84; Claim# 1; Filed: $4,998.84; Reference: | 7100-000 | | 1,330.84 | 2,787.21 |
| 01/08/14 | 104 | Capital One Bank (USA), N.A. | Dividend paid 26.62% on $6,500.21; Claim# 2; Filed: $6,500.21; Reference: | 7100-000 | | 1,730.55 | 1,056.66 |
| 01/08/14 | 105 | Dell Financial Services, LLC | Dividend paid 26.62% on $1,141.54; Claim# 3; Filed: $1,141.54; Reference: | 7100-000 | | 303.91 | 752.75 |
| 01/08/14 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 26.62% on $1,136.95; Claim# 4; Filed: $1,136.95; Reference: | 7100-000 | | 302.69 | 450.06 |
| 01/08/14 | 107 | Portfolio Recovery Associates, LLC | Dividend paid 26.62% on $518.86; Claim# 5; Filed: $518.86; Reference: | 7100-000 | | 138.14 | 311.92 |
| 01/08/14 | 108 | Portfolio Recovery Associates, LLC | Dividend paid 26.62% on $1,171.60; Claim# 6; Filed: $1,171.60; Reference: | 7100-000 | | 311.92 | 0.00 |

|  |  | ACCOUNT TOTALS | 7,924.67 | 7,924.67 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | **Subtotal** | 7,924.67 | 7,924.67 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$7,924.67** | **$7,924.67** | |

{} Asset reference(s)

Printed: 04/25/2014 10:02 AM   V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 13-81981 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | ZAHN, MARK ROBERT | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4666 - Checking Account |
| **Taxpayer ID #:** | **-***1109 | | **Blanket Bond:** | $736,000.00 (per case limit) |
| **Period Ending:** | 04/25/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|
| | | | Checking # ******4666 | 7,924.67 | 7,924.67 | 0.00 |
| | | | | $7,924.67 | $7,924.67 | $0.00 |

{} Asset reference(s)

Printed: 04/25/2014 10:02 AM     V.13.14